No. 86–958. NORWEST BANK WORTHINGTON ET AL. *v.* AHLERS ET UX. C. A. 8th Cir. [Certiorari granted, 483 U. S. 1004.] Motion of petitioners for leave to file a reply brief out of time denied.

No. 86–1052. VOLKSWAGENWERK AKTIENGESELLSCHAFT *v.* SCHLUNK, ADMINISTRATOR OF THE ESTATES OF SCHLUNK ET AL. App. Ct. Ill., 1st Dist. [Certiorari granted, *ante,* p. 895.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 86–1970. MISSISSIPPI POWER & LIGHT CO. *v.* MISSISSIPPI EX REL. PITTMAN, ATTORNEY GENERAL OF MISSISSIPPI, ET AL. Sup. Ct. Miss. [Probable jurisdiction postponed, *ante,* p. 813.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 86–6124. BENNETT *v.* ARKANSAS. Sup. Ct. Ark. [Certiorari granted, *ante,* p. 895.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 86–1145. PATRICK *v.* BURGET ET AL. C. A. 9th Cir. [Certiorari granted, *ante,* p. 814.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument denied. JUSTICE BLACKMUN took no part in the consideration or decision of this motion.

No. 86–1430. PERALTA *v.* HEIGHTS MEDICAL CENTER, INC., DBA HEIGHTS HOSPITAL, ET AL. Ct. App. Tex., 1st Dist. [Probable jurisdiction noted, 481 U. S. 1067.] Motion of appellee for leave to file a supplemental brief after argument denied.

No. 86–1685. FLORIDA ET AL. *v.* LONG ET AL. C. A. 11th Cir. [Certiorari granted, *ante,* p. 814.] Motion of Equal Employment Advisory Council et al. for leave to file a brief as *amici curiae* granted.

No. 86–7113. KADRMAS ET AL. *v.* DICKINSON PUBLIC SCHOOLS ET AL. Sup. Ct. N. D. [Probable jurisdiction noted, *ante,* p. 813.] Motion of North Dakota for leave to participate in oral argument as *amicus curiae* and for divided argument granted. Motion of appellees to dismiss appeal denied.